UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

VICTOR GONZALEZ and MARIA
HURTADO, on behalf of themselves and on
behalf of all others similarly situated,

    Plaintiffs,

v.                                           CASE NO.:     3:16-cv-00948-BJD-PDB

PILGRIM'S PRIDE CORPORATION,

    Defendant.
_____/

## JOINT NOTICE OF PRELIMINARY SETTLEMENT

PLEASE TAKE NOTICE that the Parties to this action have reached an agreement in principle on all substantive terms in dispute in this matter and are currently reducing their agreement to writing. Within thirty days, the Parties anticipate filing their agreement on the Fair Labor Standards Act claims for the Court to review and approve.

Dated this 1st day of August, 2016:

Respectfully submitted,

| | |
|---|---|
| /s/ Luis A. Cabassa<br>Luis A. Cabassa<br>Florida Bar No.:  0053643<br>WENZEL FENTON CABASSA, P.A.<br>1110 North Florida Avenue, Suite 300<br>Tampa, FL  33602<br>Tel:     (813) 379-2565<br>Fax:    (813) 229-8712<br>lcabassa@wfclaw.com<br>twells@wfclaw.com<br><br>*Attorney for Plaintiffs* | /s/ Bryan A. Stillwagon<br>W.V. Bernie Siebert<br>*Pro Hac Vice Application In Process*<br>SHERMAN & HOWARD L.L.C.<br>633 Seventeenth Street, Suite 3000<br>Denver, CO  80202<br>Tel:     (303) 297-2900<br>bsiebert@shermanhoward.com<br><br>Bryan A. Stillwagon<br>*Pro Hac Vice Application In Process*<br>SHERMAN & HOWARD L.L.C.<br>1555 Peachtree Street NE, Suite 850<br>Atlanta, GA  30309<br>Tel:     (404) 567-4372<br>Fax:    (404) 567-4416<br>bstillwagon@shermanhoward.com<br><br>Lauren V. Purdy<br>Florida Bar No.:  93943<br>GUNSTER, YOAKLEY & STEWART, P.A.<br>225 Water Street, Suite 1750<br>Jacksonville, FL  32202<br>Tel:    (904) 350-7168<br>Fax:   (904) 354-2170<br>lpurdy@gunster.com<br><br>*Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

      I certify that on this 1st day of August, 2016, I electronically filed a copy of the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of the electronic filing to:

Luis A. Cabassa
WENZEL FENTON CABASSA, P.A.
1110 North Florida Avenue, Suite 300
Tampa, FL  33602
lcabassa@wfclaw.com
twells@wfclaw.com

                                  */s/ Lauren V. Purdy*
                                  Lauren V. Purdy